UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

KAREN B.,                                  )
                                           )
                    Plaintiff,             )
                                           )
            v.                             )        No. 1:22-cv-01813-MJD-TWP
                                           )
KILOLO KIJAKAZI,                           )
                                           )
                    Defendant.             )


## JUDGMENT

The Court having granted the Defendant's motion to remand, the Commissioner's

decision in this case is **REVERSED** and this case is **REMANDED** for further administrative

proceedings as authorized by the fourth sentence of 42 U.S.C. § 405(g).

SO ORDERED.


Dated:  28 FEB 2023

_____
Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana


Distribution:

Service will be made electronically on all
ECF-registered counsel of record via email
generated by the Court's ECF system.